| | |
|---|---|
| 1 | Marilyn A. Moberg (SBN 126895) |
| | mmoberg@reedsmith.com |
| 2 | Elizabeth G. Minerd (SBN 260971) |
| | eminerd@reedsmith.com |
| 3 | REED SMITH LLP |
| | 355 South Grand Avenue |
| 4 | Suite 2900 |
| | Los Angeles, CA 90071 |
| 5 | Tel: (213) 457-8000 |
| | Fax: (213) 457-8080 |
| 6 | |
| 7 | Attorneys for Defendant |
| | Rolls-Royce PLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLIE HERD, an individual, | Case No.: 2:17-cv-05001 |
| Plaintiff, | **DEFENDANT ROLLS-ROYCE PLC'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California; ROLLS-ROYCE plc, a foreign corporation, doing business in the State of California, | Honorable Stephen V. Wilson |
| Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:**

Defendant Rolls-Royce PLC files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Defendant Rolls-Royce PLC is a wholly-owned subsidiary of Rolls-Royce Group PLC, which is a wholly-owned subsidiary of Rolls-Royce Holdings PLC, a public limited company whose ordinary shares are listed on the London Stock Exchange.

Dated: November 20, 2017         REED SMITH LLP

By  */s/ Marilyn A. Moberg*
Marilyn A. Moberg
Elizabeth G. Minerd
*Attorneys for Defendant*
*Rolls-Royce PLC*