UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLIE HERD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AIRBUS S.A.S., a foreign corporation doing business in the State of California; AIRBUS GROUP HQ INC., a corporation doing business in the State of California; ROLLS-ROYCE plc, a foreign corporation doing business in the State of California,<br><br>    Defendant. | Case No. 2:17-cv-05001<br><br>**ORDER ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANTS AIRBUS S.A.S. AND ROLLS-ROYCE PLC** |

WHEREAS, on July 7, 2017, Plaintiff Kylie Herd ("Plaintiff") filed this action before this Court;

WHEREAS, on August 4, 2017, Plaintiff voluntarily dismissed Airbus Group HQ Inc. from this action;

WHEREAS, on November 20, 2017, Defendant Airbus S.A.S. moved to dismiss Plaintiff's Complaint for Damages based on the *forum non conveniens* doctrine and for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6);

///

| | |
|---|---|
| 1 | WHEREAS, on November 20, 2017, Defendant Rolls-Royce PLC joined in the section of Airbus S.A.S.'s motion to dismiss that was based on the *forum non conveniens* doctrine; |
| 2 | |
| 3 | |
| 4 | WHEREAS, on December 11, 2017, this Court granted Airbus S.A.S.'s and Rolls-Royce PLC's motion to dismiss based on the *forum non conveniens* doctrine. |
| 5 | |
| 6 | NOW THEREFORE, it is ORDERED and ADJUDGED that final judgment is entered in favor of Airbus S.A.S. and Rolls-Royce PLC and against Plaintiff on all claims asserted in this action. |
| 7 | |
| 8 | |

**IT IS SO ORDERED.**

Dated: December 27, 2017.

_____
Hon. Stephen V. Wilson